IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MORNING MAULDIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv1021-MHT (WO) |
| EXXACT TRANSPORT, INC., | ) ) | |
| Defendant. | ) | |

ORDER

This matter is before the court on the parties' joint motion to remand this case to the Circuit Court of Montgomery County. Upon consideration of the motion, the court concludes that it lacks subject-matter jurisdiction, and that the motion should be granted.

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to remand (doc. no. 6) is granted and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Montgomery County, Alabama.

It is further ORDERED that the Rule 26(f) order (doc. no. 3) is vacated.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 21st day of December, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**